# UNITED STATES DISTRICT COURT
## Southern District of New York



*229745*

## AFFIDAVIT OF SERVICE

Index no : 1:22-cv-04046

**Jeremy Hockenstein for himself and all others similarly situated**

       Plaintiff(s),

vs.

**Cigna Health and Life Insurance Company**

       Defendant(s).
_____/

**STATE OF CONNECTICUT**
        ss: East Hartford
**HARTFORD COUNTY**

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **05/23/2022** at **9:50 AM**, I served the within **Summons in a Civil Action, Complaint** on **Cigna Health and Life Insurance Company** at **900 Cottage Grove Road, Bloomfield, CT 06002** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Donna Gaudet, Incoming Legal Coordinator** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Cigna Health and Life Insurance Company**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Blonde | 55 | 5'7" | 160 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
May 23, 2022
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X_____
Sandra Yade
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1800 672-1952
Atty File#:

**AMY J. CHANTRY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/23