UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY HOCKENSTEIN, for himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:22-cv-04046-ER<br><br>**NOTICE OF CIGNA'S PARTIAL MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, as soon as it may be heard, in the courtroom of the Honorable Judge Edgardo Ramos, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, Courtroom 619, New York, NY 10007, Defendant Cigna Health and Life Insurance Company ("Cigna") will and hereby does move this Court for an order dismissing all of Plaintiff's ERISA § 502(a)(3) claims under Counts I through III of the First Amended Complaint with prejudice for failure to state a clam under Federal Rule of Civil Procedure 12(b)(6). Cigna's motion is based on this notice of motion, the memorandum in support, and any other such materials properly considered by the Court at any hearing on this motion.

Dated:  November 14, 2022
        New York, New York

Respectfully submitted,

By:  */s/ Dmitriy Tishyevich*
     Joshua B. Simon
     Warren Haskel
     Dmitriy Tishyevich
     Richard Diggs
     **McDermott Will & Emery LLP**
     One Vanderbilt Avenue
     New York, New York 10017-3852
     Tel:  (212) 547-5400
     Fax: (212) 547-5444

     *Attorneys for Defendant Cigna Health and Life Insurance Company*