UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY HOCKENSTEIN,

                              Plaintiff(s),

              v.

CIGNA HEALTH AND LIFE INSURANCE
COMPANY,

                              Defendant(s).

22-cv-4046 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

An order issued October 18, 2023, adjourned a previously-scheduled status conference to November 1, 2023.  That order required the parties to file a joint status letter, attaching a proposed case management plan, by October 25, 2023.  No such letter was filed.

It is hereby **ORDERED** that the parties shall file the required materials as soon as possible and no later than **October 27, 2023.**

SO ORDERED.

Dated:  October 26, 2023
          New York, New York

                                        DALE E. HO
                                  United States District Judge