UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY HOCKENSTEIN, for himself and all others similarly situated,<br><br>          Plaintiff,<br><br>-against-<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>          Defendant. | Civil Case Number: 1:22-cv-04046-ER<br><br>**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Documents Submitted Herewith:**<br>• **Proposed Order**<br>• **Class Action Settlement Agreement**<br>• **Memorandum of Law**<br>• **Declaration of Plaintiff's Counsel Gabriel Posner, Esq.**<br>• **Affidavit in Support by Karen Swartz of Cigna Health and Life Insurance Company** |

**PLEASE TAKE NOTICE THAT** Plaintiff, by and through undersigned counsel, moves the Court to enter the Proposed Order submitted herewith granting preliminary and conditional approval of the Parties' class action Settlement Agreement submitted herewith ("Settlement Agreement") pursuant to Fed. R. Civ. P. 23(e). As set forth more fully therein, the Proposed Order shall, *inter alia*:

1. Pursuant to Fed. R. Civ. P. 23(c)(1), conditionally and for purposes of settlement certify this action as a class action, certify the Settlement Class as defined in the Settlement Agreement submitted herewith, and appoint named Plaintiff Jeremy Hockenstein, and Plaintiff's counsel Gabriel Posner of Posner Law PLLC, to represent the settlement class;

1

2. Grant preliminary and conditional approval to the Settlement Agreement, and make a preliminary finding that the Settlement Agreement is fair, adequate and reasonable and "will likely" be approved for judgement as required by Fed. R. Civ P. 23(e)(1)(B);

3. Approve the Parties' plan to provide notice to settlement class members as set forth in the Settlement Agreement, and limited claim form requirement;

4. Approve the procedure in the Settlement Agreement for opt-outs of objector submissions in connection with the Settlement Agreement;

5. Approve Angeion Group, LLC as the Settlement Administrator to administer notice to the Settlement Classes and to administer the settlement;

6. Approve the schedule and deadlines set forth in the Settlement Agreement, and set a date for a final approval hearing in this matter; and

**PLEASE TAKE FURTHER NOTICE**, submitted herewith is a form of proposed order, copy of the parties' Settlement Agreement, a memorandum of law, declaration of Plaintiff's counsel; and supporting affidavit of Karen Swartz of Cigna Health and Life Insurance Company; and

**PLEASE TAKE FURTHER NOTICE,** any certification of the class and approval of the settlement agreement pursuant to this motion is preliminary and conditional, subject to final approval after a final approval hearing at a time to be determined by the Court; and

**PLEASE TAKE FURTHER NOTICE**, this motion is unopposed by Defendant Cigna Health and Life Insurance Company.

Dated: January 29, 2025

                                           **POSNER LAW PLLC**

                                           <u>s/ Gabriel Posner, Esq.</u>
                                           50 Main Street, Suite 1000
                                           White Plains, New York 10606
                                           Phone: (914) 517-3532
                                           Email: gabe@posner.law

                                           *Counsel for Plaintiff and*
                                           *Proposed Settlement Class Counsel*