# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY HOCKENSTEIN, for himself and all others similarly situated, | Civil Case Number: 1:22-cv-04046-ER |
| Plaintiff, | MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| -against- | PROPOSED ORDER SUBMITTED HEREWITH |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, | FINAL APPROVAL HEARING SCHEDULED: <u>May 29, 2025</u> |
| Defendant. | |

**PLEASE TAKE NOTICE THAT** Plaintiff, by and through undersigned counsel, moves the Court, pursuant to Fed. R. Civ. P. 23, to enter the Proposed Order submitted herewith which shall, *inter alia*, grant final approval of the Parties' class action Settlement Agreement which has been previously filed with the Court at ECF 38-2 ("Settlement Agreement"); grant final certification of the settlement class defined in the Settlement Agreement; order Angeion Goup LLC, as settlement administrator, to distribute to Settlement Class members their *pro rata* share of the settlement fund after deductions for attorney fees and settlement costs; award, pursuant to the motion previously filed and briefed at ECF 43-44, attorney fees to class counsel in the amount of $600,000, payable out of the settlement fund, and an individual service award to named plaintiff in the amount of $10,000, payable by Defendant Cigna Health and Life Insurance Company; award fees to Angeion Group LLC, for its role as settlement administrator, in the amount up to $101,684, payable out of the settlement fund; approve Health Leads Inc., P.O. Box 961630, Boston, MA

02196 as *cy pres* recipient of amounts remaining for uncashed checks to class members from the settlement fund; and enter **FINAL JUDGEMENT** disposing of this action.

      **PLEASE TAKE FURTHER NOTICE**, this motion is unopposed by Defendant Cigna Health and Life Insurance Company.

Dated: May 9, 2025

                                            **POSNER LAW PLLC**

                                            */s/ Gabriel Posner, Esq.*
                                            50 Main Street, Suite 1000
                                            White Plains, New York 10606
                                            Phone: (914) 517-3532
                                            Email: gabe@posner.law

                                            *Counsel for Plaintiff and*
                                            *Provisional Settlement Class Counsel*